

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MAX MCCANN**<br>Assistant Corporation Counsel<br>E-mail: mmccann@law.nyc.gov<br>Phone: (212) 788-0861<br>Fax: (212) 788-9776 |

December 19, 2011

**VIA ECF AND HAND DELIVERY**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　Re:　Johnny Denslow v. Detective Perez, et al., 11-CV-384 (KAM) (LB)

Your Honor:

　　　　I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York,[1] representing defendants Correction Captain Omar Bell, Correction Officer Alicia Dawson, Detective Daniel Perez, and Sergeant Todd Postel ("City defendants") in the above-referenced matter. Enclosed herein please find a Declaration of Service pursuant to the Court's Order of December 16, 2011, confirming that the undersigned served a copy of the Court's Order upon plaintiff, along with instructions on how to oppose defendants' anticipated motion to dismiss the complaint.

　　　　Thank you for your consideration herein.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Max McCann
　　　　　　　　　　　　　　　　　　　　　　　　*Assistant Corporation Counsel*

---

[1] This case has been assigned to Assistant Corporation Counsel Melanie Speight, who is awaiting admission to the bar and is handling this matter under supervision. Ms. Speight can be reached directly at (212) 788-0577.

Cc: <u>VIA FIRST CLASS MAIL</u>
Johnny Denslow, 07 R 2875
Plaintiff *Pro Se*
Greene Correctional Facility
165 Plank Road
P.O. Box 975
Coxsackie, New York 12051-0975

Cc: <u>VIA ECF</u>
Michael Arcati
Assistant Attorney General
*Attorney for Co-Defendants Coll and Smith*
120 Broadway, 24th Floor
New York, New York 10271-0332

## DECLARATION OF SERVICE

I, Max McCann, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on December 19, 2011, I served a copy of the Court's Order dated December 16, 2011, upon Johnny Denslow, plaintiff *pro se* in the matter of <u>Johnny Denslow v. Detective Perez, et al.</u>, 11-CV-384 (KAM) (LB), 2011-022867, by depositing a copy of same, enclosed in a first class, postpaid properly addressed wrapper in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

Johnny Denslow, 07 R 2875
Greene Correctional Facility
165 Plank Road
P.O. Box 975
Coxsackie, New York 12051-0975

Dated:     New York, New York
           December 19, 2011

_____
MAX MCCANN