## DECLARATION OF SERVICE

I, Max McCann, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on February 6, 2012, I served a copy of the Court's Order dated February 3, 2012, upon Johnny Denslow, plaintiff *pro se* in the matter of Johnny Denslow v. Detective Perez, et al., 11-CV-384 (KAM) (LB), 2011-022867, by depositing a copy of same, enclosed in a first class, postpaid properly addressed wrapper in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

Johnny Denslow, 07 R 2875
Greene Correctional Facility
165 Plank Road
P.O. Box 975
Coxsackie, New York 12051-0975

Dated:     New York, New York
           February 6, 2012

*[signature]*
MAX MCCANN