UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNY DENSLOW, | ) 11-CV-0384 (KAM)(LB) |
| Plaintiff, | ) |
| -against- | ) **DECLARATION OF** |
| | ) **MICHAEL ARCATI** |
| MS. NANCY COLL, et al., | ) |
| Defendants. | ) |

MICHAEL ARCATI deposes and says:

    1. I am an Assistant Attorney General in the Office of Eric T. Schneiderman, the Attorney General of the State of New York, attorney for the defendants Parole Officers Nancy Coll and Rodney Smith in the above-captioned action.

    2. I make this declaration in support of my withdrawal of my appearance in this action in accord with Local Rule 1.4.

    3. My cause for withdrawal is that I will no longer be employed by the Office of the Attorney General of the State of New York due to my relocation to the State of New Jersey.

MICHAEL ARCATI, declares under penalty of perjury, that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746:

*/s/ Michael Arcati*

MICHAEL ARCATI

Executed:
May 10, 2012
New York, New York